PROB 12C
(6/16)

Report Date: June 19, 2020

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex David Sprenkle                Case Number: 0980 1:17CR02013-WFN-1

Address of Offender:                 Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 14, 2017

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g) and 924 (a)(2)

Original Sentence:       Prison - 30 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Benjamin David Seal             Date Supervision Commenced: July 18, 2019

Defense Attorney:        Roger James Peven               Date Supervision Expires: July 17, 2022

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Alex Sprenkle violated the terms of his supervised release, by failing to report for a Sobriety Treatment and Education Program (STEP) session, on or about June 18, 2020.

On July 18, 2019, supervision commenced in this matter. That same day, a supervision intake was completed. The judgment and conditions of supervision were reviewed with Mr. Sprenkle. He signed a copy of the judgment indicating an understanding and acknowledgment of the conditions imposed by the Court, to include standard condition number 2, noted above.

On June 4, 2020, during a STEP session, Mr. Sprenkle was advised that he would be expected to appear again on June 18, 2020.

On June 12, 2020, the undersigned officer left him a voice mail message reminding him he needed to appear at STEP and provided the time he was expected to appear on June 18, 2020.

Prob12C
**Re: Sprenkle, Alex David**
**June 19, 2020**
**Page 2**

On June 18, 2020, Mr. Sprenkle failed to appear as directed. Mr. Sprenkle's whereabouts are currently unknown.

2     **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Alex Sprenkle violated the terms of his supervised release, by failing to report for substance abuse treatment at Pioneer Human Services (PHS), on or about June 10, 2020.

On July 18, 2019, supervision commenced in this matter. That same day, a supervision intake was completed. The judgment and conditions of supervision were reviewed with Mr. Sprenkle. He signed a copy of the judgment indicating an understanding and acknowledgment of the conditions imposed by the Court, to include special condition number 2, noted above.

On October 29, 2019, Mr. Sprenkle completed a substance abuse evaluation at PHS and was enrolled in intensive outpatient classes.

On June 10, 2020, the undersigned was advised by PHS staff that Mr. Sprenkle failed to appear for group session that day.

3     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alex Sprenkle violated the terms of his supervised release, by failing to appear for random urinalysis testing, on or about June 11, 2020.

On July 18, 2019, supervision commenced in this matter. That same day a supervision intake was completed. The judgment and conditions of supervision were reviewed with Mr. Sprenkle. He signed a copy of the judgment indicating an understanding and acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above. He was also directed to call the UA color line daily, and appear for testing on days that his color is called.

On October 3, 2019, Mr. Sprenkle attended his first STEP session and was placed on the UA testing color RED.

On June 11, 2020, Mr. Sprenkle failed to appear for a random urinalysis test at PHS.

Prob12C
**Re: Sprenkle, Alex David**
**June 19, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the Mr. Sprenkle to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 19, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/19/2020
Date