PROB 12C
(6/16)

Report Date: April 5, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2021

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alex David Sprenkle | Case Number: 0980 1:17CR02013-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 14, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 | |
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: July 18, 2019 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: July 17, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

    1

**Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by consuming a controlled substance, heroin, on or about March 28, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include special condition 3, were explained to him, and he signed his judgment acknowledging that he understood said conditions.

On March 30, 2021, Mr. Sprenkle appeared for a random urinalysis test at Pioneer Human Services. He tested presumptive positive for opiates. He signed a drug use admission form admitting to using heroin on March 28, 2021. Mr. Sprenkle later reported that he used heroin while in the Spokane County Jail, serving a Sobriety Treatment and Education Program (STEP) jail sanction.

Prob12C
Re: Sprenkle, Alex David
April 5, 2021
Page 2

|   |   |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to submit to a urinalysis test, on or about April 1, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include special condition 3, were explained to him, and he signed his judgment acknowledging that he understood said conditions.

On April 1, 2021, Alex Sprenkle appeared for his STEP session. Due to ongoing violations of STEP, Mr. Sprenkle was terminated from the program. He was then directed by the undersigned officer to report to PHS for a urinalysis test.

Mr. Sprenkle failed to appear for urinalysis testing on April 1, 2021, as directed.

|   |   |
|---|---|
| 3 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approve substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to you ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to attend substance abuse treatment, on or about April 1, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include special condition 2, were explained to him, and he signed his judgment acknowledging that he understood said conditions.

Mr. Sprenkle is enrolled in outpatient drug treatment services at PHS. On April 1, 2021, he was scheduled to attend a substance abuse treatment group session, but failed to appear for this group.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/05/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Sprenkle, Alex David**
**April 5, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____4/6/2021_____
Date