PROB 12C
(6/16)

Report Date:  May 21, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex David Sprenkle          Case Number: 0980 1:17CR02013-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 14, 2017

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. § 922

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: July 18, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 17, 2022 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**:  It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to attend substance abuse treatment on or about May 13, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include special condition 2, were explained to him. He signed his judgment acknowledging that he understood said conditions.

Mr. Sprenkle is enrolled in outpatient drug treatment services at Pioneer Human Services (PHS).  On May 13, 2021, he was scheduled to attend a substance abuse treatment group session, but failed to appear for this group.

Prob12C
**Re: Sprenkle, Alex David**
**May 21, 2021**
**Page 2**

2      **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to submit to a urinalysis test, on or about May 14, 17, 18 and 19, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include special condition 3, were explained to him. He signed his judgment acknowledging that he understood said conditions.

On April 1, 2021, Alex Sprenkle appeared for his Sobriety Treatment and Education Program (STEP) session. Due to ongoing violations of STEP, Mr. Sprenkle was terminated from the program.

He was advised that effective April 2, 2021, he was assigned to the color Brown for random urinalysis testing at PHS.

Mr. Sprenkle failed to appear for urinalysis testing on May 14, 2021.

On May 17, 2021, the undesigned contacted Mr. Sprenkle and directed him to report to PHS that day to submit to a urinalysis test. He appeared at PHS, but noted to have stalled on his urinalysis test. Mr. Sprenkle indicated he got "stage fright."

On May 18, 2021, text messages and an email were sent directing Mr. Sprenkle to appear on May 18, 2021, for urinalysis testing. He failed to appear on May 18, 2021.

On May 20, 2021, contact was made via text messaging with Mr. Sprenkle. He was directed to report to Pioneer that day for urinalysis testing. He responded, acknowledging the directive. However, he failed to appear for testing again on May 20, 2021.

3      **Standard Condition # 13**: You must follow the instruction of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to report to the U.S. probation officer as directed on or about May 20, 2021.

On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include standard condition number 13, were explained to him. He signed his judgment acknowledging that he understood said conditions.

On May 20, 2021, due to ongoing concerns related to missed urinalysis testing, contact was made with Mr. Sprenkle via text messaging (he was not answering phone calls and his voice mail box was full). He was advised to call the undersigned that day as well as appear for urinalysis testing (see alleged violation number 2). He failed to contact the undesigned as

**Prob12C**
**Re: Sprenkle, Alex David**
**May 21, 2021**
**Page 3**

directed.  On May 21, 2021, efforts were made to contact Mr. Sprenkle via telephone calls and text messaging, but have been unsuccessful.

4       **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendation of the evaluating professional which do not require forced of psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider.  You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**:  It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to submit to mental health treatment, on or about May 20, 2021.

On May 13, 2021, a supervised release revocation hearing was held.  Mr. Sprenkle's terms of supervised release were modified to include the above-noted special condition number 5, requiring he comply with mental health services.

On May 20, 2021, Mr. Sprenkle was scheduled to attend a mental health session with Robert Shepard; however, he failed to appear.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      05/21/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[X ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

Signature of Judicial Officer

5/24/2021

Date