PROB 12C
(6/16)

Report Date: June 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex David Sprenkle         Case Number: 0980 1:17CR02013-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 14, 2017

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922

Original Sentence:    Prison - 30 months           Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Benjamin Seal                Date Supervision Commenced:  July 18, 2019

Defense Attorney:     Federal Defenders Office     Date Supervision Expires:  July 17, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**:  It is alleged that Alex Sprenkle violated the terms of his supervised release by failing to report a change in residence, on or about June 8, 2021 |
| | On July 18, 2019, Alex Sprenkle completed the intake process at the U.S. Probation Office. At that time, all of his conditions of supervision, to include standard condition number 5, were explained to him. He signed his judgment acknowledging that he understood said conditions. |
| | On June 8, 2021, at approximately 3:30 a.m., officers with the Spokane Police Department (SPD) responded to an apartment located at 405 South Maple, Spokane, Washington.  The caller reported that a male had smashed out a window to one of the apartments and crawled inside the apartment. |

Prob12C
Re: Sprenkle, Alex David
June 9, 2021
Page 2

SPD responded and made contact with Alex Sprenkle. Mr. Sprenkle reported that he lived at the apartment with another male, who is also under supervision with the U.S. Probation Office in the Eastern District of Washington. Mr. Sprenkle indicated he did not have a key and accidently broke the window trying to open it to gain access to the apartment. The roommate was contacted and confirmed that Mr. Sprenkle had been living at that apartment.

Mr. Sprenkle was arrested on the outstanding U.S. Marshals warrant issued on May 24, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/09/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/9/2021
Date