PROB 12C
(6/16)

Report Date: April 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alex David Sprenkle | Case Number: 0980 1:17CR02013-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 14, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 22, 2021) | Prison - 45 days; TSR - 34 months | |
| Asst. U.S. Attorney: | Joseph Harrington | Date Supervision Commenced: July 23, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 22, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/29/2021.

On July 23, 2021, Mr. Sprenkle participated in a supervision intake via telephone with the U.S. Probation Office. He verbally acknowledged an understanding of the conditions imposed by the Court. He later signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Alex Sprenkle violated the terms of his supervised release by committing Second Degree Robbery, in violation of RCW 9A.56.210, on or about January 30, 2022, in Spokane Washington.<br><br>Available incident reports indicate that on January 30, 2022, officers with the Spokane County Sheriff's Office responded to Walmart located at 5025 East Sprague Avenue, in Spokane Valley, Washington, for a reported robbery. |

Prob12C
**Re: Sprenkle, Alex David**
**April 12, 2022**
**Page 2**

Video surveillance showed a male suspect, later identified as Alex Sprenkle, selecting and concealing merchandise and attempting to remove merchandise from packaging. Mr. Sprenkle walked toward the northwest exit, passing all points of sale without attempting to pay for the merchandise.

One of the security officers was standing in between the two sets of exit doors when Mr. Sprenkle passed through the interior doors.

The security officer spread out his arms and advised Mr. Sprenkle that he was security. Mr. Sprenkle lunged at the security officer, pushing him backward about 10 to 15 feet until his left foot became trapped between a post and the exit door, and his body impacted the door, causing the safety mechanism to disengage the lock on the door. This allowed the automatic sliding doors to be pushed outward at which time Mr. Sprenkle ran away. The assault caused pain, redness and swelling to the security officer's left foot and pain and redness in his upper right arm.

At the time of the offense, Mr. Sprenkle's identity was not known. However, based on the surveillance footage which clearly depicted Mr. Sprenkle and some of his tattoos, he was identified and later charged with 2nd degree robbery.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/12/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/13/2022

Date